# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

March 7, 2018

156132-4 & (80)

MARY ANN HEGADORN,
       Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
       Defendant-Appellee.

SC: 156132
COA: 329508
Livingston CC: 2014-028394-AA

_____/

DEBORAH D. TRIM, Personal Representative of
the Estate of DOROTHY LOLLAR,
       Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
       Defendant-Appellee.

SC: 156133
COA: 329511
Livingston CC: 2014-028395-AA

_____/

ROSELYN FORD,
       Plaintiff-Appellant,

v

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
       Defendant-Appellee.

SC: 156134
COA: 331242
Washtenaw CC: 15-000488-AA

_____/

On order of the Court, the motion to file response is GRANTED. The application for leave to appeal the July 27, 2017 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether: (1) the Court of Appeals clearly erred in holding that the trust assets of the plaintiffs' spouses' and decedent Lollar's spouse are "countable assets" for purposes of Medicaid eligibility; and (2) the Department of Health and Human Services could base its decision on the retroactive application of a department policy adopted more than 45 days after the plaintiffs' applications were filed. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk

t0228d